Feb. 1807.

3d 498
71 573

RICHARD WILLIAMS *against* ERASTUS LEWIS.

*A constructive possession in the plaintiff is sufficient to enable him to maintain trespass.*

THIS was an action of trespass for a load of tin ware.

On the trial to the jury, it appeared, that the plaintiff had delivered the property, at *Hartford*, to one *Warner*, a tin pedlar, with an understanding between them, that the latter was to carry it to *Farmington*, there take in some other ware, and return to *Hartford*. The terms on which he was to take the load were then to be agreed upon. *Warner* neglected to go to *Farmington*, but went to a different place, and disposed of the property to the defendant. There was some evidence that the defendant had practised unfair means to obtain it.

*Goodrich* and *Edwards*, for the plaintiff.

*Moseley* and *Perkins*, for the defendant.

For the defendant it was contended, that the plaintiff could not maintain this action, as he was confessedly not in possession of the property at the time it was taken by the defendant.(a)

SWIFT, Pr. J. in summing up, said, the question of fact in this case was, whether there had been a *sale* of the property by the plaintiff to *Warner*, before it was disposed of to the defendant. If the plaintiff did not sell the property to *Warner*, the possession of *Warner* is to be considered as the possession of the plaintiff, and is sufficient to enable him to maintain the action.(b)

The jury found a verdict for the plaintiff, which was accepted.

(a) *Esp. Dig.* 388. *Dub.* edit. 1794. *Ward* v. *Macauley*, 4 *Term Rep.* 489.

(b) *Vide Smith* v. *Milles*, 1 *Term Rep.* 475.